*Floating Homes Ass'n, Petitioner, v. Dep't of Fish & Wildlife, et al., Respondents,* No. 73788-6. Petition for review of a decision of the Court of Appeals, No. 27350-1-II, January 17, 2003, 115 Wn. App. 780. *Denied* November 4, 2003.

*In re Marriage of Hoseth,* No. 73779-7. Petition for review of a decision of the Court of Appeals, No. 20729-3-III, February 11, 2003, 115 Wn. App. 563. *Denied* November 4, 2003.

*Bottemiller ex rel. Bottemiller, et al., Petitioners, v. Gentle Dental Serv. Corp., et al., Respondents,* No. 73780-1. Petition for review of a decision of the Court of Appeals, Nos. 26838-8-II; 27051-0-II, December 31, 2002, 114 Wn. App. 1078. *Denied* November 4, 2003.

*Hardy, Petitioner, v. Pemco Mut. Ins. Co., Respondent,* No. 73785-1. Petition for review of a decision of the Court of Appeals, No. 21326-9-III, January 23, 2003, 115 Wn. App. 151. *Denied* November 4, 2003.

*State, Respondent, v. Chenoweth, Petitioner,* No. 73786-0. Petition for review of a decision of the Court of Appeals, No. 20550-9-III, February 20, 2003, 115 Wn. App. 726. *Denied* November 4, 2003.

*Basham, et al., Petitioners, v. Clark, et al., Respondents,* No. 73787-8. Petition for review of a decision of the Court of Appeals, No. 20742-1-III, February 6, 2003, 115 Wn. App. 1024. *Denied* November 4, 2003.

*AAS-DMP Mgmt., L.P., Respondent, v. Acordia N.W., Inc., Petitioner,* No. 73789-4. Petition for review of a decision of the Court of Appeals, No. 50220-4-I, February 24, 2003, 115 Wn. App. 833. *Denied* November 4, 2003.